In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00393-CR
_____

## CHARLES CLAYTON BEARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-17137**

## MEMORANDUM OPINION

On August 12, 2013, the trial court sentenced appellant Charles Clayton Beard on a conviction for burglary of a habitation. Beard filed a notice of appeal on August 22, 2013. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

1

On August 27, 2013, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered September 25, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2